FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
03/19/2024
CLERK'S OFFICE
AT GREENBELT
BY B.W DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *    CRIMINAL NO. 8:24-cr-00094-TDC |
| v. | * |
| | *    False Statement to a |
| **ASHOK SAXENA,** | *    Government Agency, |
| | *    18 U.S.C. § 1001(a)(3) |
| Defendant | * |
| | * |
| ******* | |

# INFORMATION

## COUNT ONE

The United States, acting through its attorneys, charges that:

In or about May 2020, in the District of Maryland, the defendant,

**ASHOK SAXENA,**

in a matter within the jurisdiction of the executive branch of the government of the United States, namely the United States Department of Defense, did knowingly and willfully make and use false documents knowing that the documents contained materially false, fictitious, and fraudulent statements, including that the defendant's company had been awarded a subcontract on a NASA contract requiring Top Secret clearance.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1001(a)(3).

Dated: March 19, 2024

_____
JONATHAN S. KANTER
Assistant Attorney General
U.S. Department of Justice
Antitrust Division

_____
RYAN TANSEY
Chief, Washington Criminal I Section
U.S. Department of Justice
Antitrust Division

_____
ZACHARY TROTTER
MATTHEW LUNDER
JONATHAN POMERANZ
Trial Attorneys
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Suite 11300
Washington, DC 20530
Phone 202-598-2655
Email zachary.trottter@usdoj.gov